UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: §
§
§
JANICE J. STRAUSS § Case No. 14-81927
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 3,739.06                Assets Exempt: 44,067.47
*(Without deducting any secured claims)*

Total Distributions to Claimants:  75,663.56     Claims Discharged
                                                 Without Payment:  26,168.50

Total Expenses of Administration:  95,408.13

3) Total gross receipts of $ 230,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 58,928.31  (see **Exhibit 2**), yielded net receipts of $ 171,071.69  from the liquidation of the property of the estate, which was distributed as follows:

Case 14-81927   Doc 34   Filed 06/02/17   Entered 06/02/17 16:09:36   Desc Main
Document      Page 2 of 12


|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 53,060.43 | $ 53,060.43 | $ 53,060.43 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 95,408.13 | 95,408.13 | 95,408.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 26,168.50 | 22,536.98 | 22,536.98 | 22,603.13 |
| **TOTAL DISBURSEMENTS** | $ 26,168.50 | $ 171,005.54 | $ 171,005.54 | $ 171,071.69 |

    4) This case was originally filed under chapter 7 on 06/19/2014. The case was pending for 36 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/22/2017          By:/s/BERNARD J. NATALE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim from motor veicle accident | 1229-000 | 230,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 230,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Janice J. Strauss | Exemptions | 8100-002 | 15,000.00 |
| JANICE J. STRAUSS | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 43,928.31 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 58,928.31** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barrington Pain & Spine Institute | 4220-000 | NA | 38,206.72 | 38,206.72 | 38,206.72 |
| | Blue Cross Blue Shield | 4220-000 | NA | 12,983.87 | 12,983.87 | 12,983.87 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Crystal Lake Orthopedics | 4220-000 | NA | 1,869.84 | 1,869.84 | 1,869.84 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 53,060.43 | $ 53,060.43 | $ 53,060.43 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 11,803.58 | 11,803.58 | 11,803.58 |
| BERNARD J. NATALE | 2200-000 | NA | 7.84 | 7.84 | 7.84 |
| Associated Bank | 2600-000 | NA | 618.69 | 618.69 | 618.69 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 2,827.50 | 2,827.50 | 2,827.50 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 22.18 | 22.18 | 22.18 |
| Law Offices of Richard M Lester | 3210-600 | NA | 76,666.66 | 76,666.66 | 76,666.66 |
| Law Offices of Richard M Lester | 3220-610 | NA | 3,461.68 | 3,461.68 | 3,461.68 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 95,408.13 | $ 95,408.13 | $ 95,408.13 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Bank, FSB c/o Zwicker & Assoc. P.C. 7366 N. Lincoln Ave, Ste 102 Lincolnwood, IL 60712 | | 15,236.97 | NA | NA | 0.00 |
| | Crystal Lake Orthopaedic Surgery 750 E. TerraCotta Ave Ste C Crystal Lake, IL 60014 | | 4,672.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Pain Institute 431 Summit Street Elgin, IL 60120 | | 1,289.20 | NA | NA | 0.00 |
| | Kohl's P.O. Box 2983 Milwaukee, WI 53201 | | 683.56 | NA | NA | 0.00 |
| | Marnetti & Griffith,Ltd. 1301 W. 22nd St Oak Brook, IL 60523 | | 3,579.50 | NA | NA | 0.00 |
| | NICOR Gas P.O. Box 5407 Carol Stream, IL 60197 | | 707.27 | NA | NA | 0.00 |
| | Sherman Hospital c/o MiraMed Revenue Group 991 Oak Creek Drive Lombard, IL 60148 | | 0.00 | NA | NA | 0.00 |
| 3 | American Express Centurion Bank | 7100-000 | NA | 6,675.14 | 6,675.14 | 6,675.14 |
| 1 | Capital One N. A. | 7100-000 | NA | 624.87 | 624.87 | 624.87 |
| 2 | FSB American Express Bank | 7100-000 | NA | 15,236.97 | 15,236.97 | 15,236.97 |
| | American Express Centurion Bank | 7990-000 | NA | NA | NA | 19.59 |
| | Capital One N. A. | 7990-000 | NA | NA | NA | 1.83 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FSB American Express Bank | 7990-000 | NA | NA | NA | 44.73 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 26,168.50 | $ 22,536.98 | $ 22,536.98 | $ 22,603.13 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-81927 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | JANICE J. STRAUSS | | | | Date Filed (f) or Converted (c): | 06/19/2014 (f) |
| | | | | | 341(a) Meeting Date: | 07/17/2014 |
| For Period Ending: | 05/15/2017 | | | | Claims Bar Date: | 04/30/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Personal cash | 50.00 | 0.00 | | 0.00 | FA |
| 2. Checking account Algonquin State Bank | 195.00 | 0.00 | | 0.00 | FA |
| 3. Recliner,tables, VCR, TV's,lamps,bedroom set,was | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 5. Watch, wedding rings,costume jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 6. Camera | 150.00 | 0.00 | | 0.00 | FA |
| 7. Walgreen Retirement Plan JP Morgan | 19,948.78 | 0.00 | | 0.00 | FA |
| 8. IRA Primerica Investments Employee Plan Account | 8,233.13 | 3,739.06 | | 0.00 | FA |
| 9. Walgreens Stock Purchase Fidelity Investments | 1,429.62 | 0.00 | | 0.00 | FA |
| 10. Personal injury claim from motor veicle accident (u) | 0.00 | 230,000.00 | | 230,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $32,806.53   $233,739.06   $230,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

HEARING HELD ON FINAL REPORT 4/4/2017

Initial Projected Date of Final Report (TFR): 12/31/2015     Current Projected Date of Final Report (TFR): 03/31/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-81927 | Trustee Name: BERNARD J. NATALE |
| Case Name: JANICE J. STRAUSS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8673 |
| | Checking |
| Taxpayer ID No: XX-XXX3965 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 05/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/12/16 | 10 | GEICO INDEMNITY CO<br>One Geico Center<br>Macon GA 31296-0001 | PI Settlement Funds | 1229-000 | $49,500.00 | | $49,500.00 |
| 09/12/16 | 10 | GEICO INDEMNITY CO<br>One Geico Center<br>Macon CA 31296-0001 | PI Settlement Funds | 1229-000 | $500.00 | | $50,000.00 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.55 | $49,954.45 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.26 | $49,880.19 |
| 12/01/16 | 10 | State Farm Mutual Automobile Insurance Company | PI Settlement Funds | 1229-000 | $180,000.00 | | $229,880.19 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.77 | $229,808.42 |
| 12/13/16 | 1101 | Janice J. Strauss<br>5523 Eagle Valley Trail<br>Machesney Park IL 61115-8330 | Personal Injury Exemption Claim | 8100-002 | | $15,000.00 | $214,808.42 |
| 12/13/16 | 1102 | Law Offices of Richard M Lester<br>7334 Topanga Canyon Blvd<br>Suite 200<br>Canoga Park CA 91303 | Distribution | | | $80,128.34 | $134,680.08 |
| | | Law Offices of Richard M Lester | Contingent Fee of Special Counsel           ($76,666.66) | 3210-600 | | | |
| | | Law Offices of Richard M Lester | Expenses of Special Counsel           ($3,461.68) | 3220-610 | | | |
| 12/13/16 | 1103 | Barrington Pain & Spine Institute | Lien | 4220-000 | | $38,206.72 | $96,473.36 |
| 12/13/16 | 1104 | Blue Cross Blue Shield | Lien | 4220-000 | | $12,983.87 | $83,489.49 |
| 12/13/16 | 1105 | Crystal Lake Orthopedics | Lien | 4220-000 | | $1,869.84 | $81,619.65 |

Page Subtotals: $230,000.00    $148,380.35

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-81927 | Trustee Name: BERNARD J. NATALE |
| Case Name: JANICE J. STRAUSS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8673 |
| | Checking |
| Taxpayer ID No: XX-XXX3965 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 05/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $288.68 | $81,330.97 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $138.43 | $81,192.54 |
| 04/04/17 | 1106 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Distribution | | | $11,811.42 | $69,381.12 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($11,803.58) | 2100-000 | | | |
| | | BERNARD J. NATALE | Trustee Expenses ($7.84) | 2200-000 | | | |
| 04/04/17 | 1107 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Distribution | | | $2,849.68 | $66,531.44 |
| | | BERNARD J. NATALE LTD | Attorney Fees ($2,827.50) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Attorney Expenses ($22.18) | 3120-000 | | | |
| 04/04/17 | 1108 | Capital One N. A.<br>c o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $626.70 | $65,904.74 |
| | | | ($1.83) | 7990-000 | | | |
| | | Capital One N. A. | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($624.87) | 7100-000 | | | |
| 04/04/17 | 1109 | FSB American Express Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $15,281.70 | $50,623.04 |
| | | | ($44.73) | 7990-000 | | | |

| | | | Page Subtotals: | | $0.00 | $30,996.61 | |

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-81927 | Trustee Name: BERNARD J. NATALE |
| Case Name: JANICE J. STRAUSS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8673 |
| | Checking |
| Taxpayer ID No: XX-XXX3965 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 05/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | FSB American Express Bank | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($15,236.97) 7100-000 | | | |
| 04/04/17 | 1110 | American Express Centurion Bank C/O Becket & Lee LLP P O Box 3001 Malvern, PA 19355-0701 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $6,694.73 | $43,928.31 |
| | | | | ($19.59) 7990-000 | | | |
| | | American Express Centurion Bank | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($6,675.14) 7100-000 | | | |
| 04/04/17 | 1111 | JANICE J. STRAUSS 5523 Eagle Valley Trail Machesney Park IL 611158330 | Distribution of surplus funds to debtor. | 8200-002 | | $43,928.31 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $230,000.00 | $230,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $230,000.00 | $230,000.00 |
| Less: Payments to Debtors | $0.00 | $58,928.31 |
| Net | $230,000.00 | $171,071.69 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8673 - Checking | $230,000.00 | $171,071.69 | $0.00 |
| | $230,000.00 | $171,071.69 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $230,000.00 |
| Total Gross Receipts: | $230,000.00 |

Page Subtotals: $0.00 $0.00